*Motion GRANTED.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASVHILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:19-CR-00210 |
| ) | Judge Trauger |
| DEON PARRISH, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE

The United States of America moves, pursuant to Fed. R. Crim. P. 32.2(b)(3) and (c) and 21 U.S.C. § 853(n), for the entry of a Final Order of Forfeiture as to a Kel-Tec Model P-11 9mm pistol, a Companhia Braziliera de Cartuchos (CBC) Model 71 ST caliber .22 Long Rifle, and related ammunition (collectively "Subject Property").

The interests of Defendant Deon Parrish were previously forfeited by Preliminary Order of Forfeiture. (ECF No. 64.)

The United States Marshals Service served the Subject Property with the Preliminary Order of Forfeiture. (ECF No.71.)

Public notification has occurred, all persons who appeared to be a potential clamant with standing were provided direct notice of the forfeiture pursuant to Fed. R. Crim. P. 32.2(a)(b)(6)(A), the time for filing petitions has expired and no petitions have been filed. (Declaration of Paralegal Deborah Krause filed simultaneously herewith; Exhibit 1: Advertisement and Certification; Exhibit 2: Notice Letters and Return Receipt).

The United States now moves for entry of a Final Order of Forfeiture forfeiting the Subject Property, pursuant to U.S.C. § 924(d) by 28 U.S.C. § 246l(c), to the United States with no right,